

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00024-CR

| | | |
|---|---|---|
| SKYLER CORY RUDD, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 2 |
| | § | of Tarrant County (1504825) |
| V. | § | February 27, 2020 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
        Justice Dabney Bassel